# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Samuel Zean, on behalf of himself and all others similarly situated,

   Plaintiff,

v.

Home Advisor, Inc.,

   Defendant.

Civil No. 15-111 (DWF/SER)

**ORDER FOR DISMISSAL**
**WITH PREJUDICE**

  Based upon Plaintiff's Notice of Dismissal With Prejudice and Without Costs to Any Party filed on July 16, 2015, (Doc. No. [5]),

  **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED** in its entirety, **WITH PREJUDICE** and without costs (including but not limited to any statutory costs, attorney fees, and/or disbursements) to any party.

Dated:  July 17, 2015      s/Donovan W. Frank
             DONOVAN W. FRANK
             United States District Judge